United States District Court
Southern Distirict of New York

Strategic Fixed Income, L.L.C. and
Strategic Fixed Income, UK LLP,

                        Plaintiff(s)

-against-

Decision Economics, Inc.,

                        Defendant(s)

AFFIDAVIT OF SERVICE
Civil Action No. 10 CIV 6292

State of New York )
                  ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on August 24, 2010 at approximately 2:50 PM deponent served the following specific papers Summons in a Civil Action and Complaint with Exhibit A; Civil Cover Sheet; Rule 7.1 Statement; Individual Pracrices of Naomi Reice Buchwald, US District Judge; and Individual Practices of Magistrate Judge Ronald L. Ellis, that the party served was Decision Economics, Inc., the defendant in this action, by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving the papers with Steve Pastore, a white male with gray hair, being approximately 46-55 years of age; height of 5'6" - 5'9", weight of 160-190 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                                                     _Mary M. Bonville_
                                                                      Mary M. Bonville

Sworn to before me this 24th day of August, 2010

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010