UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 1:10-cv-06292-NRB

_____ )
STRATEGIC FIXED INCOME, L.L.C. and,          )
STRATEGIC FIXED INCOME, UK LLP              )
   Plaintiffs,                )
                   )
v.                                          )
                   )
DECISION ECONOMICS, INC.                    )
                   )
     Defendant.           )
_____ )

## <u>NOTICE OF APPEARANCE</u>

  Please enter the appearance of William E. Hannum III as counsel for Defendant, Decision Economics, Inc. in the above-captioned matter.

      Respectfully submitted,

      DECISION ECONOMICS, INC.,

      By its Attorneys,

      /s/ William E. Hannum III
      William E. Hannum III (WEH 7732)
      SCHWARTZ HANNUM PC
      11 Chestnut Street
      Andover, MA  01810
      (978) 623-0900
      whannum@shpclaw.com

Dated:  September 14, 2010

### CERTIFICATE OF SERVICE

I, William E.  Hannum III, hereby certify that on this 14th day of September, 2010, a true and correct copy of the foregoing document was served by ECF to:

David Jacoby, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
New York, New York, 10022
(212) 753-5000

/s/ William E. Hannum III
William E. Hannum III