UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STRATEGIC FIXED INCOME, L.L.C., and<br>STRATEGIC FIXED INCOME, UK LLP,<br><br>Plaintiffs,<br><br>v.<br><br>DECISION ECONOMICS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:10-cv-06292-NRB |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Defendant Decision Economics, Inc. hereby declares that it is a non-governmental company, that it does not have any parent corporation(s), and that no publicly held corporation owns ten percent (10%) or more of its stock.

DECISION ECONOMICS, INC.

By its Attorneys,

/s/ William E. Hannum III
William E. Hannum III (WEH 7732)
Schwartz Hannum P.C.
11 Chestnut Street
Andover, MA  01810
(978) 623-0900
(978) 623-0908 (fax)

## **CERTIFICATE OF SERVICE**

      I, William E. Hannum III, hereby certify that the foregoing document was served on the following persons on September 14, 2010 and in the manner specified herein:

Electronically Served Through ECF:

    David Jacoby, Esq.
    SCHIFF HARDIN LLP
    900 Third Avenue
    New York, NY 1022
    (212) 753-5000

                                         /s/ William E. Hannum III
                                         William E. Hannum III