*Buertwald, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/10
```

STRATEGIC FIXED INCOME, L.L.C., and )
STRATEGIC FIXED INCOME, UK LLP, )
)
Plaintiffs, )
)
v. )  Case No. 1:10-cv-06292-NRB
)
DECISION ECONOMICS, INC., )
)
Defendant. )
)

### JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

Plaintiffs Strategic Fixed Income, L.L.C. and Strategic Fixed Income, UK LLP (together, "Strategic") and Defendant Decision Economics, Inc. ("Decision Economics"), by and through their attorneys, hereby stipulate that Decision Economics shall have up to and including October 5, 2010, in which to respond to Plaintiff's Complaint.

Respectfully submitted,

STRATEGIC FIXED INCOME, L.L.C., and          DECISION ECONOMICS, INC.
STRATEGIC FIXED INCOME, UK LLP,


By their Attorneys,                          By its Attorneys,


David Jacoby (DJ 3440)                        William E. Hannum III (WEH 7732)
SCHIFF HARDIN LLP                             Schwartz Hannum P.C.
900 Third Avenue                              11 Chestnut Street
New York, New York 10022                      Andover, MA 01810
(212) 753-5000                                (978) 623-0900
                                             (978) 623-0908 (fax)

DATED:  September 14, 2010


U.S.D.J.                   9/15/10