UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRATEGIC FIXED INCOME, L.L.C., and<br>STRATEGIC FIXED INCOME, UK LLP,<br><br>                Plaintiffs,<br><br>v.<br><br>DECISION ECONOMICS, INC.,<br><br>                Defendant. | Case No. 1:10-cv-06292-NRB |

**DEFENDANT'S MOTION TO EXTEND THE DEADLINE
FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendant Decision Economics, Inc. ("Decision Economics") hereby moves, pursuant to Rule 6(b), for an extension of twenty-one (21) days with which to file a response to Plaintiffs Strategic Fixed Income and Strategic Fixed Income, UK LLP's (collectively, "Plaintiffs") Complaint, up to and including October 26, 2010.  In support, Decision Economics states:

Plaintiffs filed their Complaint on August 23, 2010.  Docket No. 1.  Plaintiffs served Decision Economics with the Summons and Complaint on August 24, 2010 (Docket No. 3); the initial due date for Decision Economics' response thereto was September 14, 2010.

On September 14, 2010, Decision Economics filed a Joint Stipulation to Extend the Deadline for Defendant's Response to Plaintiffs' Complaint, requesting that the due date for Decision Economics' response to Plaintiffs' Complaint be extended to October 5, 2010.[1]  Docket No. 6.  On September 15, 2010, the Court approved this Joint Stipulation, setting the date for Decision Economics' response to October 5, 2010.  Id.  The Parties have not requested any other extensions, apart from the Joint Stipulation and the instant Motion.

---

[1] This Joint Stipulation was not docketed until September 15, 2010.

Decision Economics and its counsel are presently examining the facts underlying the allegations of the Complaint, and the applicable law, to determine what course to take in the present litigation.  In order to accomplish this assessment, Decision Economics respectfully requests an extension of twenty-one (21) days, up to and including October 26, 2010, to file its response to Plaintiffs' Complaint.  Decision Economics further states that it makes this Motion in good faith, and does not believe that any party will be materially prejudiced by it.

Plaintiffs' counsel has indicated that his clients will not oppose the instant Motion.

Respectfully submitted,

DECISION ECONOMICS, INC.

By its Attorneys,

 /s/ William E. Hannum III
William E. Hannum III (WEH 7732)
Schwartz Hannum P.C.
11 Chestnut Street
Andover, MA  01810
(978) 623-0900
(978) 623-0908 (fax)

DATED:   October 4, 2010


### CERTIFICATE OF SERVICE

I, William E. Hannum III, hereby certify that the foregoing document was served on the following persons on October 4, 2010 and in the manner specified herein:

Electronically Served Through ECF:

David Jacoby, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
New York, NY 1022
(212) 753-5000

 /s/ William E. Hannum III
William E. Hannum III

2