Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRATEGIC FIXED INCOME, L.L.C., and )
STRATEGIC FIXED INCOME, UK LLP, )
)
Plaintiffs, )
)
v. ) Case No. 1:10-cv-06292-NRB
)
DECISION ECONOMICS, INC., )
)
Defendant. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/10

## JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

Plaintiffs Strategic Fixed Income, L.L.C. and Strategic Fixed Income, UK LLP (together, "Strategic") and Defendant Decision Economics, Inc. ("Decision Economics"), by and through their attorneys, hereby state that the Parties have reached terms for a settlement, and are currently negotiating and preparing a settlement agreement memorializing the same. The Parties further state that Decisions Economics' response to Strategic's Complaint is presently due on October 26, 2010. In order to allow the Parties to negotiate and prepare a settlement agreement, and in the interests of efficiency, the Parties stipulate that Decision Economics shall have an additional 28 days, up to and including November 16, 2010, in which to respond to Plaintiffs' Complaint, and/or for Strategic and/or the Parties to file a Stipulation of Dismissal.

Respectfully submitted,

| | |
|---|---|
| STRATEGIC FIXED INCOME, L.L.C., and<br>STRATEGIC FIXED INCOME, UK LLP, | DECISION ECONOMICS, INC. |
| By their Attorneys, | By its Attorneys, |
| *[signature]*<br>David Jacoby (DJ 3440)<br>SCHIFF HARDIN LLP<br>900 Third Avenue<br>New York, New York 10022<br>(212) 753-5000 | *[signature]*<br>William E. Hannum III (WEH 7732)<br>Schwartz Hannum P.C.<br>11 Chestnut Street<br>Andover, MA 01810<br>(978) 623-0900<br>(978) 623-0908 (fax) |

DATED: October 26, 2010

## CERTIFICATE OF SERVICE

I, William E. Hannum III, hereby certify that the foregoing document was served on the following persons on October 26, 2010 and in the manner specified herein:

Electronically Served Through ECF:

David Jacoby, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
New York, NY 1022
(212) 753-5000

*[signature]*
William E. Hannum III

*[signature]*
U.S.D.J.   10/27/10

2