```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STRATEGIC FIXED INCOME, L.L.C.
AND STRATEGIC FIXED INCOME, UK LLP,

                        Plaintiffs,        **O R D E R**

            - against -          10 Civ. 6292 (NRB)

DECISION ECONOMICS, INC.

                        Defendant.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     It having been reported to this Court that this case has been settled, it is

     **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
           October 27, 2010

                                              _/s/ Naomi Reice Buchwald_
                                              NAOMI REICE BUCHWALD
                                       UNITED STATES DISTRICT JUDGE