Buchwald, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2010
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRATEGIC FIXED INCOME, L.L.C., and STRATEGIC FIXED INCOME, UK LLP, <br><br> Plaintiffs, <br><br> v. <br><br> DECISION ECONOMICS, INC., <br><br> Defendant. | Case No. 1:10-cv-06292-NRB |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Strategic Fixed Income, L.L.C. and Strategic Fixed Income, UK LLP, by counsel, hereby file this notice of dismissal with prejudice without order of Court pursuant to F.R.C.P. 41(a)(1)(i), Defendant Decision Economics, Inc. having filed no answer or motion for summary judgment in this matter.

11

Respectfully Submitted,

STRATEGIC FIXED INCOME, L.L.C. and
STRATEGIC FIXED INCOME, UK LLP,

/s/ David Jacoby
David Jacoby (DJ 3440)
SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
(212) 753-5000

DATED:     November __, 2010
           December 15,

SO ORDERED:

_____
U.S.D.J.
              12/15/10
BC

12